UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANG SONG,<br><br>         Plaintiff,<br><br>  -against-<br><br>ALEJANDOR MAYORKAS, et al.,<br><br>         Defendants. | 22-cv-05816 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at ECF No. 16 that the Plaintiff wishes to withdraw the case because "service dept already respond my case." It is ORDERED that the above-entitled action be and is hereby DISMISSED without prejudice and discontinued without costs. *See* Fed. R. Civ. P. 41 (a)(2).

  Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: January 27, 2023
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge